```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
PASCAL CHARPENTIER, EDUOARD JOSEPH   :
CHARPENTIER, and MARLENE DEETJEN     :
SMITH,                               :                1:20-cv-07510-GHW
:
                    Plaintiffs,      :                ORDER
:
    -v -                             :
:
DEPARTMENT OF HOMELAND SECURITY,     :
DEPARTMENT OF STATE, IMMIGRATION     :
AND CUSTOMS ENFORCEMENT, UNITED      :
STATES CITIZENSHIP AND IMMIGRATION   :
SERVICES, NATIONAL ARCHIVES AND      :
RECORDS ADMINISTRATION, NATIONAL     :
PERSONNEL RECORDS CENTER,            :
:
                    Defendants.      :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      The Court has reviewed the Complaint and its exhibits, which contain information that should be redacted under Fed. R. Civ. P. 5.2. Dkt. No. 1. The Court has provisionally sealed the Complaint and exhibits. Plaintiffs are directed to file versions of the Complaint and exhibits that comply with Fed. R. Civ. P. 5.2 no later than September 18, 2020.

      SO ORDERED.

Dated: September 15, 2020
       New York, New York
                                                        _____
                                                             GREGORY H. WOODS
                                                         United States District Judge