# EXHIBIT A



*Goldberg & Associates*

July 31, 2020

National Personnel Records Center
Military Personnel Records
1 Archives Drive
Saint Louis, MO 63138-1002

      **RE:**          **REQUEST FOR MILITARY RECORD**
      Subject of Record:    CHARPENTIER, Joseph Edward
      DOB:                     █████1947

Please be advised that this office is representing Mr. Joseph E. Charpentier to obtain his Military records.

Enclosed please find the following documents in support of his request:

- Form 180, Request pertaining to Military Records;
- Copy of the U.S. Department of Veterans Affairs Identification Card;
- Copy of Form DD-214;

Thank you for your attention to this matter. Feel free to contact my office at the above referenced number if you have any further questions.

Sincerely,

Sulay Martinez, for
Julie A. Goldberg, Esq.
Enclosures

**NEW YORK**
5586 Broadway, Third Floor
Bronx, NY 10463
Tel. 718.432.1022

**LOS ANGELES**
14370 Ventura Blvd.
Sherman Oaks, CA 91423
Tel. 818.999.1559

**DETROIT**
3005 Oakwood Blvd.
Melvindale, MI 48122
Tel. 818.999.1559

**DJIBOUTI**
Marabout Lot No 549A
Heron, Djibouti
Past the second Circle,
Big Yellow House

Standard Form 180 (Rev. 11/2015) (Page 1)
Prescribed by NARA (36 CFR 1233.18 (d))

Authorized for local reproduction
Previous edition unusable

OMB No. 3095-0029 Expires 04/30/2021

## REQUEST PERTAINING TO MILITARY RECORDS

Requests from veterans or deceased veteran's next-of-kin may be submitted online by using eVetRecs at http://www.archives.gov/veterans/military-service-records/.
To ensure the best possible service, please thoroughly review the accompanying instructions before filling out this form. PLEASE PRINT LEGIBLY OR TYPE BELOW.

### SECTION I - INFORMATION NEEDED TO LOCATE RECORDS *(Furnish as much information as possible.)*

| 1. NAME USED DURING SERVICE (last, first, full middle) | 2. SOCIAL SECURITY # | 3. DATE OF BIRTH | 4. PLACE OF BIRTH |
|---|---|---|---|
| CHARPENTIER, JOSEPH EDWARD | ▮▮▮-8519 | ▮▮▮ 947 | PORT AU PRINCE, HAITI |

5. SERVICE, PAST AND PRESENT *(For an effective records search, it is important that ALL service be shown below.)*

| | BRANCH OF SERVICE | DATE ENTERED | DATE RELEASED | OFFICER | ENLISTED | SERVICE NUMBER (If unknown, write "unknown") |
|---|---|---|---|---|---|---|
| a. ACTIVE | AIR FORCE | 12-4-68 | 5-4-72 | ☐ | ☐ | ▮▮▮ 199 |
| b. RESERVE | | | | ☐ | ☐ | |
| c. STATE NATIONAL GUARD | | | | ☐ | ☐ | |

6. IS THIS PERSON DECEASED? ☒ NO  ☐ YES - *MUST provide Date of Death if veteran is deceased:* _____

7. DID THIS PERSON RETIRE FROM MILITARY SERVICE? ☐ NO  ☐ YES

### SECTION II – INFORMATION AND/OR DOCUMENTS REQUESTED

1. CHECK THE ITEM(S) YOU ARE REQUESTING:

☒ DD Form 214 or equivalent. Year(s) in which form(s) issued to veteran: _____
This form contains information normally needed to verify military service. A copy may be sent to the veteran, the deceased veteran's next-of-kin, or other persons or organizations, if authorized in Section III, below. **An UNDELETED DD214 is ordinarily required to determine eligibility for benefits.** If you request a DELETED copy, the following items will be blacked out: authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and, for separations after June 30, 1979, character of separation and dates of time lost.
*An UNDELETED copy will be sent UNLESS YOU SPECIFY A DELETED COPY by checking this box:* ☐ I want a **DELETED** copy.

☐ **Medical Records** Includes Service Treatment Records, Health (outpatient) and Dental Records. *IF HOSPITALIZED (inpatient) the FACILITY NAME and DATE (month and year) for EACH admission MUST be provided:* _____

☒ **Other** (Specify): _____ Please see attached _____

2. PURPOSE: (Providing information about the purpose of the request is strictly voluntary; however, it may help to provide the best possible response and may result in a faster reply. Information provided will in no way be used to make a decision to deny the request.)

☐ Benefits (explain)  ☐ Employment  ☐ VA Loan Programs  ☐ Medical  ☐ Genealogy  ☐ Correction  ☒ Personal  ☐ Other (explain)

Explain here: _____

### SECTION III - RETURN ADDRESS AND SIGNATURE

1. REQUESTER NAME: JOSEPH EDWARD CHARPENTIER

2. ☒ I am the MILITARY SERVICE MEMBER or VETERAN identified in Section I, above.
☐ I am the DECEASED VETERAN'S NEXT-OF-KIN *(MUST submit Proof of Death. See item 2a on instruction sheet.)*

_____
*(Relationship to deceased veteran)*

☐ I am the VETERAN'S LEGAL GUARDIAN *(MUST submit copy of Court Appointment)* or AUTHORIZED REPRESENTATIVE *(MUST submit copy of Authorization Letter or Power of Attorney)*
☐ OTHER

_____
*(Specify type of Other)*

3. SEND INFORMATION/DOCUMENTS TO:
*(Please print or type. See item 4 on accompanying instructions.)*

JULIE A. GOLDBERG.
Name

5586 Broadway   3rd Floor
Street                                      Apt.

BRONX        NY        10463
City            State      Zip Code

\* This form is available at *http://www.archives.gov/veterans/military-service-records/standard-form-180.html* on the National Archives and Records Administration (NARA) web site. *

4. AUTHORIZATION SIGNATURE: I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information in this Section III is true and correct and that I authorize the release of the requested information. *(See items 2a and 3a on accompanying instruction sheet. Without the Authorization Signature of the veteran, next-of-kin of deceased veteran, veteran's legal guardian, authorized government agent, or other authorized representative, only limited information can be released unless the request is archival. No signature is required on the request if for archival records.)*

_[signature]_                                    7/29/2020
Signature Required - Do not print                Date

718-432-1022   ext. 308
Daytime phone            Fax Number

USCIS @ goldbergimmigration.com
Email address

**ADDENDUM:**

**SECTION II- INFORMATION AND/OR DOCUMENTS REQUESTED**

Any and all records regarding Citizenzhip, entry or exits into the United States, any recording from the Exit interview, any records regarding the birth of his son Pascal E. Charpentier on the Military Base.

# INSTRUCTION AND INFORMATION SHEET FOR SF 180, REQUEST PERTAINING TO MILITARY RECORDS

**1. General Information.** The Standard Form 180, Request Pertaining to Military Records (SF180) is used to request information from military records. Certain identifying information is necessary to determine the location of an individual's record of military service. Please try to answer each item on the SF 180. If you do not have and cannot obtain the information for an item, show "NA," meaning the information is "not available". Include as much of the requested information as you can. Incomplete information may delay response time. To determine where to mail this request see Page 2 of the SF180 for record locations and facility addresses.

Online requests may be submitted to the National Personnel Records Center (NPRC) by a veteran or deceased veteran's next-of-kin using eVetRecs at http://www.archives.gov/veterans/military-service-records/ .

**2. Personnel Records/Military Human Resource Records/Official Military Personnel File (OMPF) and Medical Records/Service Treatment Records (STR).** Personnel records of military members who were discharged, retired, or died in service LESS THAN 62 YEARS AGO and medical records are in the legal custody of the military service department and are administered in accordance with rules issued by the Department of Defense and the Department of Homeland Security (DHS, Coast Guard). STRs of persons on active duty are generally kept at the local servicing clinic. After the last day of active duty, STRs should be requested from the appropriate address on page 2 of the SF 180. (See item 3, Archival Records, if the military member was discharged, retired or died in service more than 62 years ago.)

    a. Release of information: Release of information is subject to restrictions imposed by the military services consistent with Department of Defense regulations, the provisions of the Freedom of Information Act (FOIA) and the Privacy Act of 1974. The service member (either past or present) or the member's legal guardian has access to almost any information contained in that member's own record. The authorization signature of the service member or the member's legal guardian is needed in Section III of the SF180. Others requesting information from military personnel records and/or STRs must have the release authorization in Section III of the SF 180 signed by the member or legal guardian. If the appropriate signature cannot be obtained, only limited types of information can be provided. If the former member is deceased, the surviving next-of-kin may, under certain circumstances, be entitled to greater access to a deceased veteran's records than a member of the general public. The next-of-kin may be any of the following: unremarried surviving spouse, father, mother, son, daughter, sister, or brother. Requesters MUST provide proof of death, such as a copy of a death certificate, newspaper article (obituary) or death notice, coroner's report of death, funeral director's signed statement of death, or verdict of coroner's jury.

    b. Fees for records: There is no charge for most services provided to service members or next-of-kin of deceased veterans. A nominal fee is charged for certain types of service. In most instances, service fees cannot be determined in advance. If your request involves a service fee, you will receive an invoice with your records.

**3. Archival Records.** Personnel records of military members who were discharged, retired, or died in service 62 OR MORE YEARS AGO have been transferred to the legal custody of NARA and are referred to as "archival records".

    a. Release of Information: Archival records are open to the public. The Privacy Act of 1974 does not apply to archival records, therefore, written authorization from the veteran or next-of-kin is not required. In order to protect the privacy of the veteran, his/her family, and third parties named in the records, the personal privacy exemption of the Freedom of Information Act (5 U.S.C. 552 (b) (6)) may still apply and may preclude the release of some information.

    b. Fees for Archival Records: Access to archival records are granted by offering copies of the records for a fee (44 U.S.C. 2116 (c)). If a fee applies to the photocopies of documents in the requested record, you will receive an invoice. Photocopies will be sent after payment is made. For more information see http://www.archives.gov/st-louis/archival-programs/military-personnel-archival/ompf-archival-requests.html.

**4. Where reply may be sent.** The reply may be sent to the service member or any other address designated by the service member or other authorized requester. If the designated address is NOT registered to the addressee by the U.S. Postal Service (USPS), provide BOTH the addressee's name AND "in care of" (c/o) the name of the person to whom the address is registered on the NAME line in Section III, item 3, on page 1 of the SF 180. The COMPLETE address must be provided, INCLUDING any apartment/suite/unit/lot/space/etc. number.

**5. Definitions and abbreviations.** DISCHARGED -- the individual has no current military status; SERVICE TREATMENT RECORD (STR) -- The chronology of medical, mental health, and dental care received by service members during the course of their military career (does not include records of treatment while hospitalized); TDRL – Temporary Disability Retired List.

**6. Service completed before World War I.** National Archives Trust Fund (NATF) forms must be used to request these records. Obtain the forms by e-mail from inquire@nara.gov or write to the Code 6 address on page 2 of the SF 180.

## PRIVACY ACT OF 1974 COMPLIANCE INFORMATION

The following information is provided in accordance with 5 U.S.C. 552a(e)(3) and applies to this form. Authority for collection of the information is 44 U.S.C. 2907, 3101, and 3103, and Public Law 104-134 (April 26, 1996), as amended in title 31, section 7701. Disclosure of the information is voluntary. If the requested information is not provided, it may delay servicing your inquiry because the facility servicing the service member's record may not have all of the information needed to locate it. The purpose of the information on this form is to assist the facility servicing the records (see the address list) in locating the correct military service record(s) or information to answer your inquiry. This form is then retained as a record of disclosure. The form may also be disclosed to Department of Defense components, the Department of Veterans Affairs, the Department of Homeland Security (DHS, U.S. Coast Guard), or the National Archives and Records Administration when the original custodian of the military health and personnel records transfers all or part of those records to that agency. If the service member was a member of the National Guard, the form may also be disclosed to the Adjutant General of the appropriate state, District of Columbia, or Puerto Rico, where he or she served.

## PAPERWORK REDUCTION ACT PUBLIC BURDEN STATEMENT

Public burden reporting for this collection of information is estimated to be five minutes per request, including time for reviewing instructions and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to National Archives and Records Administration (ISSD), 8601 Adelphi Road, College Park, MD 20740-6001. *DO NOT SEND COMPLETED FORMS TO THIS ADDRESS.* SEND COMPLETED FORMS TO THE APPROPRIATE ADDRESS LISTED ON PAGE 2 OF THE SF 180.

Standard Form 180 (Rev. 11/2015) (Page 2)
Prescribed by NARA (36 CFR 1233.18 (d))

Authorized for local reproduction
Previous edition unusable

OMB No. 3095-0029  Expires 04/30/2021

The various categories of military service records are described in the chart below. For each category there is a code number which indicates the address at the bottom of the page to which this request should be sent.  Please refer to the Instruction and Information Sheet accompanying this form as needed.

| BRANCH | CURRENT STATUS OF SERVICE MEMBER | Personnel Record | Medical or Service Treatment Record |
|---|---|---|---|
| **AIR FORCE** | Discharged, deceased, or retired before 5/1/1994 | 14 | 14 |
| | Discharged, deceased, or retired 5/1/1994 – 9/30/2004 | 14 | 11 |
| | Discharged, deceased, or retired 10/1/2004 – 12/31/2013 | 1 | 11 |
| | Discharged, deceased, or retired on or after 1/1/2014 | 1 | 13 |
| | Active (including National Guard on active duty in the Air Force), TDRL, or general officers retired with pay | 1 | |
| | Reserve, IRR, Retired Reserve in non-pay status, current National Guard officers not on active duty in the Air Force, or National Guard released from active duty in the Air Force | 2 | |
| | Current National Guard enlisted not on active duty in the Air Force | 2 | 13 |
| **COAST GUARD** | Discharge , deceased, or retired before 1/1/1898 | 6 | |
| | Discharged, deceased, or retired 1/1/1898 – 3/31/1998 | 14 | 14 |
| | Discharged, deceased, or retired 4/1/1998 – 9/30/2006 | 14 | 11 |
| | Discharged, deceased, or retired 10/1/2006 – 9/30/2013 | 3 | 11 |
| | Discharged, deceased, or retired on or after 10/1/2013 | 3 | 14 |
| | Active, Reserve, Individual Ready Reserve or TDRL | 3 | |
| **MARINE CORPS** | Discharged, deceased, or retired before 1/1/1895 | 6 | |
| | Discharged, deceased, or retired 1/1/1905 – 4/30/1994 | 14 | 14 |
| | Discharged, deceased, or retired 5/1/1994 – 12/31/1998 | 14 | 11 |
| | Discharged, deceased, or retired 1/1/1999 - 12/31/2013 | 4 | 11 |
| | Discharged, deceased, or retired on or after 1/1/2014 | 4 | 8 |
| | Individual Ready Reserve | 5 | |
| | Active, Selected Marine Corps Reserve, TDRL | 4 | |
| **ARMY** | Discharged, deceased, or retired before 11/1/1912 (enlisted) or before 7/1/1917 (officer) | 6 | |
| | Discharged, deceased, or retired 11/1/1912 – 10/15/1992 (enlisted) or 7/1/1917 – 10/15/1992 (officer) | 14 | 14 |
| | Discharged, deceased, or retired 10/16/1992 – 9/30/2002 | 14 | 11 |
| | Discharged, deceased, or retired (including TDRL) 10/1/2002 – 12/31/2013 | 7 | 11 |
| | Discharged, deceased, or retired (including TDRL) on or after 1/1/2014 | 7 | 9 |
| | Current Soldier (Active, Reserve (including Individual Ready Reserve) or National Guard) | 7 | |
| **NAVY** | Discharged, deceased, or retired before 1/1/1886 (enlisted) or before 1/1/1903 (officer) | 6 | |
| | Discharged, deceased, or retired 1/1/1886 – 1/30/1994 (enlisted) or 1/1/1903 – 1/30/1994 (officer) | 14 | 14 |
| | Discharged, deceased, or retired 1/31/1994 – 12/31/1994 | 14 | 11 |
| | Discharged, deceased, or retired 1/1/1995 – 12/31/2013 | 10 | 11 |
| | Discharged, deceased, or retired on or after 1/1/2014 | 10 | 8 |
| | Active, Reserve, or TDRL | 10 | |
| **PHS** | Public Health Service – Commissioned Corps officers only | 12 | |

### ADDRESS LIST OF CUSTODIANS and SELF-SERVICE WEBSITES (BY CODE NUMBERS SHOWN ABOVE) – Where to write/send this form

| | | | | | |
|---|---|---|---|---|---|
| **1** | Air Force Personnel Center HQ AFPC/DPSIRP 550 C Street West, Suite 19 Randolph AFB, TX  78150-4721 | **6** | National Archives & Records Administration Research Services (RDT1R) 700 Pennsylvania Avenue NW Washington, DC  20408-0001 | **11** | Department of Veterans Affairs Records Management Center ATTN:  Release of Information P.O. Box 5020 St. Louis, MO 63115-5020 |
| **2** | Air Reserve Personnel Center Records Management Branch (DPTSC) 18420 E. Silver Creek Avenue Building 390 MS 68 Buckley AFB, CO  80011 | **7** | US Army Human Resources Command's web page: *https://www.hrc.army.mil/TAGD/Accessing%20or%20 Requesting%20Your%20Official%20Military%20Pers onnel%20File%20Documents* or 1-888-ARMYHRC (1-888-276-9472) | **12** | Division of Commissioned Corps Officer Support ATTN:  Records Officer 1101 Wootton Parkway, Plaza Level, Suite 100 Rockville, MD  20852 |
| **3** | Commander,  Personnel Service Center (BOPS-C-MR) MS7200 US Coast Guard 2703 Martin Luther King Jr Ave SE Washington, DC 20593-7200 *MR_CustomerService@uscg.mil* | **8** | Navy Medicine Records Activity (NMRA) BUMED Detachment St. Louis 4300 Goodfellow Boulevard, Building 103 St. Louis, MO 63120 | **13** | AF STR Processing Center ATTN:  Release of Information 3370 Nacogdoches Road, Suite 116 San Antonio, TX  78217 |
| **4** | Headquarters U.S. Marine Corps Manpower Management Records & Performance (MMRP-10) 2008 Elliot Road Quantico, VA  22134-5030 | **9** | AMEDD Record Processing Center 3370 Nacogdoches Road, Suite 116 San Antonio, TX  78217 | **14** | National Personnel Records Center (Military Personnel Records) 1 Archives Drive St. Louis, MO 63138-1002 eVetRecs: *http://www.archives.gov/veterans/military-service-records/* |
| **5** | Marine Forces Reserve 2000 Opelousas Avenue New Orleans, LA  70146-5400 | **10** | Navy Personnel Command (PERS-313) 5720 Integrity Drive Millington, TN  38055-3120 | | |

**Monday, July 20, 2020 2:36:06 PM CDT**

**Service Request Number:**



National Personnel Records Center

Military Personnel Records

1 Archives Drive

Saint Louis, MO 63138-1002

**2-24109975385**

**Attention:**                                **NPRC WEB**

**Service Request Number:**            **2-24109975385**

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information that I provided is true and correct.

**Requester is:**      **Veteran**

**Relationship:**      **Not Applicable**

X _____  (Signature Required)

Please allow at least 90 days after you return the signature page before following-up on the status of your request. During that time, please do not resubmit your request as doing so will add further delay.

JOSEPH E. CHARPENTIER (Print Name)



## THIS IS AN IMPORTANT RE~~CORD~~
### SAFEGUARD IT.

| | | | |
|---|---|---|---|
| **PERSONAL DATA** | 1. NAME CHARPENTIER  JOSEPH  EDWARD | 2. SERVICE NUMBER ▓▓▓199 | 3. SOCIAL SECURITY NUMBER ▓▓▓8519 |

| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS AIR FOR~~CE~~  RegAF | 5a. GRADE, RATE OR RANK SGT | b. PAY GRADE E-4 | 6. DATE OF RANK |
|---|---|---|---|

DATE OF RANK — DAY 01 MONTH Oct YEAR 71

| 7. U. S. CITIZEN ☒ YES  ☐ NO | 8. PLACE OF BIRTH (City and State or Country) Port Au Prince, Haiti | b. DATE OF BIRTH  DAY ▓ MONTH ▓ YEAR 47 |
|---|---|---|

**SELECTIVE SERVICE DATA**

| 10 a. SELECTIVE SERVICE NUMBER ▓ 830 | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE IB#49, Brooklyn, Kings, NY | c. DATE INDUCTED  DAY MONTH YEAR  NA |
|---|---|---|

**TRANSFER OR DISCHARGE DATA**

| 11 a. TYPE OF TRANSFER OR DISCHARGE Discharge | b. STATION OR INSTALLATION AT WHICH EFFECTED Charleston AFB, South Carolina |
|---|---|
| c. REASON AND AUTHORITY AFM 39-10, par 3-8q(2), & AFMPC DPMAKE CBPOL 72-38, 25 Feb 72 (SDN-715) | d. EFFECTIVE DATE  DAY 04 MONTH May YEAR 72 |

| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND 36 Tac Ftr Wg        (USAFE) | 13 a. CHARACTER OF SERVICE HONORABLE | b. TYPE OF CERTIFICATE ISSUED DD Form 256AF |
|---|---|---|

| 14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED NA | 15. REENLISTMENT CODE RE-2 |
|---|---|

**SERVICE DATA**

| 16. TERMINAL DATE OF RESERVE/ UMT&S OBLIGATION  DAY MONTH YEAR  NA | 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION a. SOURCE OF ENTRY: ☒ ENLISTED (First Enlistment)  ☐ ENLISTED (Prior Service)  ☐ REENLISTED  ☐ OTHER AFQT: 184 | b. TERM OF SERVICE (Years) 04 | c. DATE OF ENTRY  DAY 04 MONTH Dec YEAR 68 |
|---|---|---|---|

| 18. PRIOR REGULAR ENLISTMENTS None | 19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC AB    E-1 | 20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) AFEES, Ft Hamilton, NY |
|---|---|---|

| 21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code) Brooklyn, NY | 22. STATEMENT OF SERVICE | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| | a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 03 | 05 | 01 |
| | | (2) OTHER SERVICE | 00 | 00 | 00 |
| | | (3) TOTAL (Line (1) plus Line (2)) | 03 | 05 | 01 |
| 23a. SPECIALTY NUMBER & TITLE 70250, Admin Specialist | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER  Unknown | b. TOTAL ACTIVE SERVICE | 03 | 05 | 01 |
| | | c. FOREIGN AND/OR SEA SERVICE | 02 | 09 | 25 |

| 24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED |
|---|
| NDSM:  AFM 900-3 |

| 25. EDUCATION AND TRAINING COMPLETED |
|---|
| Crse 70230        Compl 70 |

**VA AND EMP. SERVICE DATA**

| 26a. NON-PAY PERIODS TIME LOST (Preceding Two Years) NO TIME LOST | b. DAYS ACCRUED LEAVE PAID | 27a. INSURANCE IN FORCE (NSLI or USGLI) ☐ YES ☒ NO | b. AMOUNT OF ALLOTMENT NA | c. MONTH ALLOTMENT DISCONTINUED NA |
|---|---|---|---|---|
| | 28. VA CLAIM NUMBER  c-None | 29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE ☒ $15,000  ☐ $10,000  ☐ $5,000  ☐ NONE | | |

**REMARKS**

| 30. REMARKS |
|---|
| High School:  Graduate;  Blood Group:  A-Positve;  BI, 17 Jul 70, OSI DO#10, AFISISA, Wash, DC    FN#70D82-133;  A-50, E-40, G-40, M-10;  DAFSC:  70250; Indochina-No;  Vietnam-No;  Korea-No. |