

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/25/20

*86 Chambers Street*
*New York, New York 10007*

November 24, 2020

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street, Room 2260
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:    *Charpentier, et al. v. Department of Homeland Security, et al.*, 20 Civ. 7510 (GHW)

Dear Judge Woods:

This Office represents the defendants (the "government") in the above-referenced FOIA action. I write to respectfully request a two-week adjournment of the initial pre-trial conference, *i.e.*, from the current scheduled conference of December 1, 2020 to December 15, 2020.  This is the government's first request to adjourn the conference.  Plaintiffs' counsel consents to this request. The extension is requested to allow the parties additional time to confer regarding the FOIA requests.

I thank the Court for its consideration of this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

 s/ Rebecca R. Friedman
REBECCA R. FRIEDMAN
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel:    (212) 637-2614
Fax:    (212) 637-2686
rebecca.friedman@usdoj.gov

Application granted.  The initial pretrial conference scheduled for December 1, 2020 is adjourned to December 15, 2020 at 3:00 p.m.  The joint letter and proposed case management plan described in the Court's September 16, 2020 order, Dkt. No. 9, are due no later than December 8, 2020.
SO ORDERED.

Dated:  November 24, 2020

GREGORY H. WOODS
United States District Judge