

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/20

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 4, 2020

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street, Room 2260
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: *Charpentier, et al. v. Department of Homeland Security, et al.*, 20 Civ. 7510 (GHW)

Dear Judge Woods:

This Office represents the defendants (the "government") in the above-referenced FOIA action. On behalf of both parties, I write to respectfully request a two-week adjournment of the initial pre-trial conference, *i.e.*, from the current scheduled conference of December 15, 2020 to December 29, 2020. This is the parties' first joint request for an extension of the conference. The government previously requested an on-consent two week-extension of the initial conference, which the Court granted on November 25, 2020. *See* ECF No. 22. This extension is requested due to plaintiffs' counsel having a medical procedure and to allow the parties additional time to confer regarding the FOIA requests.

I thank the Court for its consideration of this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

 s/ Rebecca R. Friedman
REBECCA R. FRIEDMAN
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel:   (212) 637-2614
Fax:   (212) 637-2686
rebecca.friedman@usdoj.gov

Application granted.  The initial pretrial conference scheduled for December 15, 2020 is adjourned to December 29, 2020 at 3:00 p.m.  The joint letter and proposed case management plan described in the Court's September 16, 2020 order, Dkt. No. 9, are due no later than December 22, 2020.
SO ORDERED.

Dated: December 5, 2020

GREGORY H. WOODS
United States District Judge