

```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #:_____ │
│ DATE FILED:  1/6/21     │
└─────────────────────────┘
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

January 5, 2021

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street, Room 2260
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   *Charpentier, et al. v. Department of Homeland Security, et al.*, 20 Civ. 7510 (GHW)

Dear Judge Woods:

    This Office represents the defendants (the "government") in the above-referenced FOIA action. On behalf of both parties, I write to respectfully request a one-week adjournment of the initial pre-trial conference, *i.e.*, from the current scheduled conference of January 12, 2021 to January 19, 2021. This is the parties' third joint request for an adjournment of the conference. The Court granted the parties' first and second joint requests for an adjournment of the conference on December 7 and 23, 2020. *See* ECF Nos. 24, 26. This extension is requested to allow the parties additional time to confer regarding the FOIA requests.

    I thank the Court for its consideration of this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

 s/ Rebecca R. Friedman
REBECCA R. FRIEDMAN
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel:   (212) 637-2614
Fax:   (212) 637-2686
rebecca.friedman@usdoj.gov

Application granted. The initial pretrial conference scheduled for January 12, 2021 is adjourned to January 20, 2021 at 4:00 p.m. The joint letter and proposed case management plan described in the Court's September 16, 2020 order, Dkt. No. 9, are due no later than January 13, 2021.
SO ORDERED.

Dated:  January 6, 2021

_____
GREGORY H. WOODS
United States District Judge