# EXHIBIT A

STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
PAROLE BOARD REPORT

OTISVILLE CORRECTIONAL FACILITY

| NAME: Carpenter, Pascal | | RECEIVED DATE: 7/19/91 | |
|---|---|---|---|
| DOB: 1/21/73 | DIN: 91A5770 | NYSID: 06502679Y | FBI: 208022LA5 |

**CRIMES OF COMMITMENT, FELONY CLASSES, SENTENCE, PLEA OR VERDICT, COMMIT COUNTY**

Ind# 4675/90:
CPSP 3rd     D     2-0 / 6-0     5/9/91     Verdict     Queens County

OFFICIAL STATEMENTS: JUDGE - Yes☒ No☐   DA - Yes☒ No☐   DEF ATTY - Yes☒ No☐
SENTENCING MINUTES: ▮▮▮▮   IF NO, DATE(S) REQUESTED:
CO-DEFENDANT: NAME/NYSID         STATUS

CRIMINAL HISTORY: Warrant: Yes☐ No☒   ICE: Yes☐ No☒
   IF YES, EXPLAIN: The records indicate the offender was born in Germany. I.C.E. information indicates the offender is a naturalized citizen. Alien# 029001711.

NEW YORK STATE - SEE ATTACHED PBCHR

JUVENILE: Yes☐ No☒   OUT OF STATE: Yes☐ No☒   FEDERAL: Yes☐ No☒
IF YES, EXPLAIN:

CERTIFICATE OF RELIEF: Eligible☐   Ineligible☒   Youthful Offender☐

INTERPRETER NEEDED: Yes☐ No☒   IF YES, LANGUAGE:

Revised May 2014

**PROPOSED RESIDENCES:**
    PRIMARY: ███████████    ALTERNATE:  Ms. Marlene Smith, Mother

**PROPOSED EMPLOYMENT:** The offender has presented a letter of reasonable assurance from The Osborne Association. The offender plans to use non-profit organizations for work and parole conditions satisfying opportunities.

███████████  Date: ████████  ███████████  Date:

Revised May 2014

# EXHIBIT B

E: Carpenter, Pascal

: 01-21-73

#: 91A5770

ENSE Murder

: W. Germany

29001711

2015-08-30

D#: 6502679Y

ON AT: Coxsackie