

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*86 Chambers Street*
*New York, New York 10007*

April 6, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/22
```

**VIA ECF**

Honorable Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street, Room 2260
New York, NY 10007

    Re:    *Charpentier, et al. v. Department of Homeland Security, et al.*, 20 Civ. 7510 (GHW)

Dear Judge Woods:

    This Office represents the defendants (the "government") in the above-referenced FOIA action. On behalf of both parties, I write to respectfully request a two-week adjournment of the scheduled status conference, *i.e.*, from the current scheduled conference date of April 18, 2022 to May 2, 2022, or a date thereafter that is convenient for the Court. This is the parties' first request for an adjournment of the status conference. The adjournment is requested because counsel for the government is out of the office the week of April 18, 2022, and counsel for plaintiffs is unavailable the week of April 25, 2022.

    The parties were also scheduled to file their next joint status report on April 22, 2022. ECF No. 60. However, in light of the anticipated court conference, the parties respectfully request that the deadline for the joint status report be extended to a date after the scheduled court conference. This is the parties' first request for an extension of the April 22, 2022 joint status report.

    On behalf of both parties, I thank the Court for its consideration of these requests.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

  s/ Rebecca R. Friedman
REBECCA R. FRIEDMAN
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel:    (212) 637-2614
Fax:   (212) 637-2686
rebecca.friedman@usdoj.gov

---

Application granted. The status conference currently scheduled for April 18, 2022 is adjourned to May 2, 2022. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The deadline for the joint status report is extended to May 6, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 62.

SO ORDERED.

Dated: April 7, 2022
New York, New York

                     */s/ Gregory H. Woods*
                     GREGORY H. WOODS
                     United States District Judge