```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
PASCAL CHARPENTIER, EDUOARD JOSEPH  :
CHARPENTIER, *and* MARLENE DEETJEN  :
SMITH,                              :     1:20-cv-07510-GHW
                                    :
      Plaintiffs,  :     ORDER
                                    :
  -v -                     :
                                    :
DEPARTMENT OF HOMELAND SECURITY,    :
DEPARTMENT OF STATE, IMMIGRATION    :
AND CUSTOMS ENFORCEMENT, *and*      :
UNITED STATES CITIZENSHIP AND       :
IMMIGRATION SERVICES,               :
                                    :
      Defendants.  :
                                    :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

  On May 3, 2022, the Court held a status conference in this case. At the conference, the parties agreed on the record to dismiss the case without prejudice. Accordingly, the Court dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(2).

  The Clerk of Court is directed to close this case.

  SO ORDERED.

Dated: May 3, 2022
   New York, New York
                    _____
                      GREGORY H. WOODS
                     United States District Judge